JOSHUA E. KIRSCH (179110)
GIBSON ROBB & LINDH LLP
201 Mission Street, Suite 2700
San Francisco, California 94105
Telephone:  (415) 348-6000
Facsimile:  (415) 348-6001
Email:  jkirsch@gibsonrobb.com

Attorneys for Plaintiff
AFFILIATED FM INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFFILIATED FM INSURANCE COMPANY, a corporation;<br><br>Plaintiff,<br><br>v.<br><br>OVERNIGHT LOGISTICS, INC., , a corporation; FREIGHT ALL KINDS, INC., a corporation; FAK, INC., a corporation; DANIEL MONTALVO VILLA, an individual (dba United DM Express); and DOES ONE through TEN;<br><br>Defendants. | Case No.: 2:18-cv-08359<br><br>**COMPLAINT FOR NON-DELIVERY OF CARGO**<br><br>($70,942.04) |

Plaintiff's complaint follows:

## **GENERAL ALLEGATIONS**

1. Plaintiff AFFILIATED FM INSURANCE COMPANY ("AFFILIATED") is now, and at all times herein material was, a corporation duly organized and existing by virtue of law and was the insurer of the hereinafter described shipment.

1      2.    Plaintiff is informed and believes and on the basis of that information and belief alleges that OVERNIGHT LOGISTICS, INC., a corporation; FREIGHT ALL KINDS, INC., a corporation; FAK, INC., a corporation; DANIEL MONTALVO VILLA, an individual (dba United DM Express); and DOES ONE through TEN are now and at all times herein material were engaged in business as brokers and/or common carriers for hire in the county of San Bernardino, State of California.

    3.    The true names of defendants sued herein as DOE ONE through DOE TEN, each of whom is or may be responsible for the events and matters herein referred to, and each of whom caused or may have caused or contributed to the damage herein complained of, are unknown to plaintiff, who therefore sues said defendants by such fictitious names. Plaintiff will amend its complaint to show the true names of said defendants when the same have been ascertained.

    4.    The claims alleged herein contain a cause of action for non-delivery of cargo and is a claim under the Carmack Amendment, 49 U.S.C. § 14706. Accordingly, this Court has jurisdiction over this claim pursuant to 28 U.S.C. §1331. Venue is proper under 28 U.S.C. §1391(b).

    5.    Plaintiff is informed and believes and on the basis of such information and belief alleges that on or about August 11, 2017, at Fontana, California, defendants OVERNIGHT LOGISTICS, INC., FREIGHT ALL KINDS, INC., FAK, INC., DANIEL MONTALVO VILLA (dba United DM Express), and DOES ONE through TEN, received a cargo of 1,147 tires and wheels belonging to plaintiff's insured, Tireco, Inc. and/or related entities. Under bill of lading no. 51344 and others, said defendants, and each of them, agreed, orally and in writing, and in return for good and valuable consideration, to carry said cargo from Fontana, California, to Westwego, Louisiana, and there deliver said cargo in the same good order, condition, and quantity as when received.

/ / /

1      6.     Thereafter, in breach of and in violation of said agreements, said defendants did not deliver said cargo in the same good order, condition, and quantity as when received at Fontana, California.  To the contrary, said defendants, and each of them, failed to deliver the subject shipment at all, to its intended destination of Westwego, Louisiana, as a result of which the cargo was lost.  The value of the undelivered cargo was $71,942.04.

       7.     Prior to the shipment of the herein described cargo and prior to any loss thereto, plaintiff issued its policy of insurance whereby plaintiff agreed to indemnify the owner of said cargo, and its assigns, against loss of or damage to said cargo while in transit, including mitigation expenses, and plaintiff has therefore become obligated to pay, and has paid, to the person entitled to payment under said policy the sum of $70,942.04, which is the value of the non-delivered cargo (net of the $1,000 policy deductible), on account of the herein described loss.

       8.     Plaintiff has therefore been damaged in the sum of $70,942.04, no part of which has been paid, despite demand therefor.

       WHEREFORE, plaintiff prays that this Court enter judgment in its favor and against defendants; that this Court decree payment by defendants to plaintiff in the amount of $70,942.04, together with prejudgment interest thereon and costs of suit herein; and that plaintiff have such other and further relief as in law and justice it may be entitled to receive.

                                           Respectfully submitted,

Dated: September 27, 2018                  GIBSON ROBB & LINDH LLP

                                            /s/ JOSHUA E. KIRSCH
                                           Joshua E. Kirsch
                                           Attorneys for Plaintiff
                                           AFFILIATED FM INSURANCE
                                           COMPANY